IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00623-RPM

JACKIE BEAVER, Individually and as Power of Attorney of Eloise Frank and as Trustee for the Frank Family Trust,

     Plaintiffs,

v.

BROOKDALE SENIOR LIVING, INC., a Foreign Corporation, and
ARC DENVER MONACO, LLC, a Foreign Limited Liability Company, both d/b/a Heritage Club Denver Tech Center,

     Defendants.

_____

ORDER DEFERRING RULING ON MOTION TO ARBITRATE
_____

     On March 15, 2013, the defendant filed a Motion and Demand for Arbitration Pursuant to Residency Agreement. The defendants also filed their answer on that date. The demand for arbitration may have some merit with respect to the breach of contract claim, it is not going to preclude litigation of the first two claims for relief and it is therefore

     ORDERED ruling on the demand for arbitration will be deferred to be discussed at the scheduling conference to be set.

     DATED: March 18th, 2013

                         BY THE COURT:

                         s/Richard P. Matsch
                         _____
                         Richard P. Matsch, Senior Judge