IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00623-RPM

JACKIE BEAVER, Individually and as Power of Attorney of Eloise Frank and as Trustee for the Frank Family Trust,

      Plaintiffs,

v.

BROOKDALE SENIOR LIVING, INC., a Foreign Corporation, and
ARC DENVER MONACO, LLC, a Foreign Limited Liability Company, both d/b/a Heritage Club Denver Tech Center,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to the Order Deferring Ruling on Motion to Arbitrate [7] entered on March 28, 2013, it is

      ORDERED that a scheduling conference will be held on **April 25, 2013, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 18, 2013.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend. It is

      FURTHER ORDERED that counsel for the defendants shall file disclosure statements pursuant to D.C.COLO.LCivR 7.4.

DATED: March 21st, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge