IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00623-RPM

JACKIE BEAVER, Individually and as Power of Attorney of Eloise Frank and as Trustee for the Frank Family Trust,

    Plaintiffs,

v.

BROOKDALE SENIOR LIVING, INC., a Foreign Corporation, and
ARC DENVER MONACO, LLC, a Foreign Limited Liability Company, both d/b/a Heritage Club Denver Tech Center,

    Defendants.

_____

ORDER FOR ARBITRATION AND STAY
_____

On March 15, 2013, the defendants filed a Motion and Demand for Arbitration Pursuant to Residency Agreement. On April 5, 2013, the plaintiff filed a Notice of Non-Opposition to that motion. Accordingly, it is

ORDERED that the motion for arbitration is granted and the parties will proceed pursuant to the provisions of the Residency Agreement. All further proceedings in this matter are stayed and the scheduling conference scheduled for April 25, 2013, is vacated.

DATED: April 10th, 2013

                              BY THE COURT:

                              s/Richard P.Matsch
                              _____
                              Richard P. Matsch, Senior Judge