IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00623-RPM

JACKIE BEAVER, Individually and as Power of Attorney of Eloise Frank and as Trustee for the Frank Family Trust,

    Plaintiffs,

v.

BROOKDALE SENIOR LIVING, INC., a Foreign Corporation, and
ARC DENVER MONACO, LLC, a Foreign Limited Liability Company, both d/b/a Heritage Club Denver Tech Center,

    Defendants.

_____

## ORDER FOR STATUS REPORT
_____

On April 10, 2013, this Court entered an Order for Arbitration and Stay. Nothing further has been filed and it is therefore

ORDERED that counsel shall file a status report on or before December 26, 2013.

DATED: December 16th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge