**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00623-RPM

JACKIE BEAVER, Individually and as Power of Attorney of Eloise Frank and as Trustee for the Frank Family Trust,

Plaintiff,

v.

BROOKDALE SENIOR LIVING, INC., a Foreign Corporation; and
ARC DENVER MONACO, LLC, a Foreign Limited Liability Company, both d/b/a Heritage Club Denver Tech Center,

Defendants

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This cause coming before the Court on the Stipulation for Dismissal filed by the parties, the Court being fully advised, IT IS HEREBY ORDERED:

This cause is dismissed with prejudice, with each party to bear its own cost of suit.

BY THE COURT:

December 27th, 2013                s/Richard P. Matsch
_____        _____
        Date                           Richard P. Matsch, Senior District Judge